# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RYAN RANDALL,

    Plaintiff,

v.

THE CITY OF LAS VEGAS,

    Defendant.

Case No.: 2:22-cv-00807-APG-NJK

**ORDER**

[Docket No. 1]

    Pending before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Docket No. 1.  Plaintiff failed to respond to Questions 2, 3, and 8 fully; therefore, his application is incomplete. *Id.*  Accordingly, the Court **DENIES** Plaintiff's application for leave to proceed *in forma pauperis* without prejudice.  Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis* or, in the alternative, pay the full filing fee for this action.  If Plaintiff chooses to file a new application to proceed *in forma pauperis*, Plaintiff must file a complete, accurate application responding fully to every question provided on the application.

    No later than **June 22, 2022,** Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a **signed and dated, accurate** application to proceed *in forma pauperis*.  The Clerk of the Court shall send Plaintiff a blank application form.  **Failure to timely comply with this order may result in a recommendation to the District Judge that this case be dismissed without prejudice.**

    IT IS SO ORDERED.

    Dated: May 23, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1