# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN KENNETH RANDALL, | Case No.: 2:22-cv-00807-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 8] |
| CITY OF LAS VEGAS, | |
| Defendant | |

On June 29, 2022, Magistrate Judge Koppe recommended that I dismiss this case without prejudice because plaintiff Ryan Randall did not pay the filing few or file a renewed application for leave to proceed in forma pauperis by June 22, 2022 as ordered. ECF No. 8. Randall did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation **(ECF No. 8) is accepted**, and **this case is dismissed without prejudice**. The clerk of court is instructed to close this case.

DATED this 19th day of July, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE